IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DELANA M. CAMPBELL, : | |
| Plaintiff, : | Case No. 3:15-cv-363 |
| v. : | JUDGE WALTER H. RICE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, : | CHIEF MAGISTRATE JUDGE SHARON L. OVINGTON |
| Defendant. | |

DECISION AND ENTRY ADOPTING IN THEIR ENTIRETY REPORT AND RECOMMENDATIONS OF UNITED STATES CHIEF MAGISTRATE JUDGE (DOC. #17); MOTION TO REMAND (DOC. #12) OF DEFENDANT CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, IS SUSTAINED IN PART AND OVERRULED IN PART; JUDGMENT TO BE ENTERED IN FAVOR OF PLAINTIFF DELANA M. CAMPBELL AND AGAINST THE DEFENDANT COMMISSIONER, REVERSING THE DEFENDANT COMMISSIONER'S DECISION THAT PLAINTIFF WAS NOT DISABLED AND, THEREFORE, NOT ENTITLED TO BENEFITS UNDER THE SOCIAL SECURITY ACT, AND REMANDING THE CAPTIONED CAUSE TO THE DEFENDANT COMMISSIONER, PURSUANT TO THE FOURTH SENTENCE OF 42 U.S.C. § 405(g), FOR IMMEDIATE PAYMENT OF BENEFITS; TERMINATION ENTRY

---

The Court has reviewed the Report and Recommendations of Chief Magistrate Judge Sharon L. Ovington, Doc. #17, to whom this case was referred pursuant to 28 U.S.C. § 636. Further, the Court notes that no objections have been filed thereto, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Based upon the reasoning and citations of authority set forth in the Report and Recommendations, as well as upon a thorough *de novo* review of the entirety of the

Court's file and the applicable law, this Court hereby ADOPTS said Report and Recommendations in their entirety.

Accordingly, the Motion to Remand of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner") is SUSTAINED IN PART, "as to the requested remand," and OVERRULED IN PART, "as to the request for further administrative proceedings." Doc. #17, PAGEID #3306. Judgment is to be entered in favor of Plaintiff Delana M. Campbell ("Plaintiff") and against the Commissioner, reversing the Commissioner's finding that Plaintiff was not disabled, and therefore, not entitled to benefits. Pursuant to Sentence Four of 42 U.S.C. § 405(g), the captioned cause is remanded to the Commissioner for immediate payment of benefits.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: December 29, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE